| PROB 22 (CAEP) (Rev. 01/24) | DOCKET NUMBER *(Tran. Court)* |
|---|---|
| **TRANSFER OF JURISDICTION** | 0972 2:20CR00228-01 |
| | DOCKET NUMBER *(Rec. Court)* |
| | CR25-00216 VC |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Ricardo Manuel Duran<br>San Francisco, California   *(City/State only)* | E-CA | Sacramento |

| | NAME OF SENTENCING JUDGE |
|---|---|
| | Chief United States District Judge Troy L. Nunley |

| DATES OF PROBATION / SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| Supervised Release | 7/10/2024 | 7/9/2027 |

| OFFENSE | |
|---|---|
| 18 USC 922(g)(1) – Felon in Possession of a Firearm (CLASS C FELONY) | **FILED**<br>Jul 25 2025<br>Mark B. Busby<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>SAN FRANCISCO |

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)

The person under supervision lives in San Francisco and has no ties to the Eastern District of California.

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE        EASTERN        DISTRICT OF        CALIFORNIA

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the        Northern District of California        upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

| July 23, 2025 | |
|---|---|
| *Date* | *United States District Judge* |

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 – ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE        NORTHERN        DISTRICT OF        CALIFORNIA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| July 24, 2025 | |
|---|---|
| *Effective Date* | *United States District Judge* |

CC:    United States Attorney

1

1/23/2024 CAEP