# UNITED STATES DISTRICT COURT
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**San Francisco Venue**

---

**Request for Modifying the Conditions or Term of Supervision**
**from the Person Under Supervision**
*(Probation Form 49, Waiver of Hearings is Attached)*

---

**Person Under Supervision**
Ricardo Manuel Duran

**Docket Number**
0971 3:25CR00216-001 VC

**Name of Sentencing Judge:**    The Honorable John A. Mendez
United States District Judge-Eastern District of California

On July 24, 2025, jurisdiction was transferred to the Northern District of California and assigned to Your Honor.

**Date of Original Sentence:**    April 12, 2022

**Original Offense:**   Count One: Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1), a Class C Felony.

**Original Sentence:** 51 months custody; 36 months supervised release
**Special Conditions:**  search; outpatient drug treatment; urine testing; cognitive behavioral programming; no associations with Nortenos.

**Prior Form(s) 12:** None

**Type of Supervision**
Supervised Release
**Assistant U.S. Attorney**
To Be Assigned
**Defense Counsel**
To Be Assigned

**Date Supervision Commenced**
July 10, 2024
**Date Supervision Expires**
July 9, 2027

---

### Petitioning the Court

To modify the conditions of Supervised Release as follows:

You must participate in an inpatient program of testing and treatment for drug abuse and alcohol as directed by the probation officer, until such time as you are released from treatment by the probation officer.

NDC-SUPV-FORM 12B(1)  1/12/2024

**RE:**    Duran, Ricardo Manuel                                                                2
         0971 3:25CR00216-001 VC

## Cause

Charge Number          Violation

One                    There is probable cause to believe the person under supervision violated the
                       mandatory condition number that he refrain from any unlawful use of a
                       controlled substance.

                       Mr. Duran submitted drug tests positive for methamphetamine on
                       September 10, 2024; September 11, 2024; October 2, 2024; May 29, 2025;
                       June 3, 2025, and July 3, 2025.

                       Mr. Duran submitted a urine sample positive for marijuana on July 3, 2025
                       and at New Bridge on July 16, 2025.

                       This is evidenced by Alere Toxicology Services and documentation from
                       New Bridge Foundation.

Mr. Duran has struggled with addiction. He had a brief period of sobriety when in outpatient
treatment but could not maintain it. He is currently in treatment at New Bridge Foundation for 90
days. Mr. Duran agreed to enter inpatient treatment, Waiver of Hearing is attached.

Respectfully submitted,                          Reviewed by:

Alex Gerstel                                     Jennifer Hutchings
U.S. Probation Officer Specialist                Supervisory U.S. Probation Officer
Date Signed: August 13, 2025

**RE:**   Duran, Ricardo Manuel                                                          3
        0971 3:25CR00216-001 VC


THE COURT ORDERS:

XXX   To modify the conditions of supervision as follows**:**

      You must participate in an inpatient program of testing and treatment for drug abuse and alcohol as directed by the probation officer, until such time as you are released from treatment by the probation officer.

☐   Submit a request for a warrant

☐   Submit a request for summons

☐   Other:


_____               _____
     August 13, 2025
Date                                       Vince Chhabria
                                           United States District Judge


NDC-SUPV-FORM 12B(1)  1/12/2024